# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEA ALLISON, *et al.*, on behalf of themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>BRADLEY R. ALLEN, SR., in his official capacity as Chief District Court Judge, *et al.*,<br><br>　　　　Defendants. | Case No. 19-cv-1126<br><br>(Class Action) |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

The Court having considered the Plaintiffs' Motion for Temporary Restraining Order, Memorandum in Support of Motions for Temporary Restraining Order and Preliminary Injunction, and the attached Declarations and Exhibits, hereby **ORDERS** that Plaintiffs' Motion for Temporary Restraining Order is **GRANTED**.

The Court **FINDS** that Plaintiffs have shown that immediate and irreparable injury will result unless a temporary restraining order is granted. Plaintiffs will face irreparable injury without a preliminary injunction because they will remain unconstitutionally jailed for an additional period of time in violation of equal protection and due process. The Court further **FINDS** that Plaintiffs are likely to prevail on Counts I, II, III, and IV, that the balance of interests shifts in favor of Plaintiffs, and that the interest of the public favors granting a temporary restraining order.

Accordingly, Defendant Sheriff is **ENJOINED** from continuing to jail Plaintiffs due solely to their inability to pay a secured monetary amount as a condition of release, unless Defendant Sheriff is notified in writing that there has been, within 24 hours from the time of this Court's Order, an individualized determination on pretrial release conditions, at which a judicial officer provided, at a minimum, the following procedural safeguards:

1. Notice to the individual that financial information will be collected and explanation of the significance such information;

2. An inquiry into and findings on the record regarding each individual's ability to pay money bail and the amount of money they can afford;

3. An opportunity for the individual to present evidence and make arguments concerning the individual's ability to afford money bail and what nonmonetary release conditions, if any, are necessary , and to contest any evidence or argument offered by the government concerning those issues;

4. Substantive findings on the record about why an individual's continued incarceration is warranted and that no less restrictive alternatives to detention address the state's concerns; and

5. The individual must be provided counsel free of charge at the hearing.

Time: _____  Date: _____

_____
UNITED STATES DISTRICT JUDGE