IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LEA ALLISON, *et al.*, on behalf of themselves and those similarly situated,

    Plaintiffs,

v.

BRADLEY R. ALLEN, SR., in his official capacity as Chief District Court Judge, *et al.*,

    Defendants.

Case No. 19-cv-1126

(Class Action)

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY

Plaintiffs Lea Allison, Antonio Harrell, and Katherine Guill ("Plaintiffs"), by their counsel, move this Court under Federal Rule of Civil Procedure 6(b), for an extension of time to file their Replies to Defendant Sheriff's Responses in Opposition to their Motion for Preliminary Injunction and Motion for Class Certification. Plaintiffs respectfully request that the Court stay the deadline until their Replies to the remaining Defendants' Responses in Opposition are due. Plaintiffs conferred with all Defendants prior to filing this motion, and Defendants have given their consent.

Defendant Sheriff filed his Response in Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 27, and his Response in Opposition to Plaintiffs' Motion

1

for Class Certification, ECF No. 28, on February 5, 2020.[1] Plaintiffs' Replies to Defendant Sheriffs' Responses are due February 19, 2020.

Defendants Chief District Judge Allen, Senior Resident Superior Court Judge Lambeth, and the Magistrates ("Judicial Defendants") executed waivers of service of process on February 12, 2020, and have not yet filed their Responses in Opposition to Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification.

Plaintiffs request that the Court's stay their deadline to file Replies to Defendant Sheriff's Responses until their Replies to the Judicial Defendants' Responses are due. Plaintiffs make this request in the interest of efficiency and judicial economy and with the purpose of streamlining the briefing schedule for the two pending motions.

For good cause shown, Plaintiffs respectfully request that the Court grant their motion for extension of time and order that their Replies to Defendant Sheriff's Responses in Opposition to their Motion for Preliminary Injunction and Motion for Class Certification be due simultaneously with their Replies to Judicial Defendants' Responses to the same motions.

Date: February 19, 2019                     Respectfully submitted,

/s/  Katherine Hubbard                      /s/ Leah J. Kang
Katherine Hubbard (D.C. Bar 1500503)*       Leah J. Kang (N.C. Bar 51735)
Eric Halperin (D.C. Bar 491199)*            Ann C. Webb (N.C. Bar 44894)
CIVIL RIGHTS CORPS                          Irena Como (N.C. Bar 51812)
1601 Connecticut Ave NW, Suite 800          AMERICAN CIVIL LIBERTIES UNION OF NORTH
Washington, DC 20009                        CAROLINA LEGAL FOUNDATION

---

[1] Corrected versions of these filings were subsequently filed on February 6, 2020.  *See* ECF Nos 29 & 30.

Tel: 202-894-6124  
Fax: 202-609-8030  
Email: katherine@civilrightscorps.org  
      eric@civilrightscorps.org

P.O. Box 28004  
Raleigh, NC 27611  
Tel: 919-834-3466  
Email: lkang@acluofnc.org  
      awebb@acluofnc.org  
      icomo@acluofnc.org

/s/ Twyla Carter  
Twyla Carter (WA Bar 39405)*  
Brandon Buskey (AL Bar ASB2753-A50B)*  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
CRIMINAL LEGAL REFORM PROJECT  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel: 212-284-7364  
Email: tcarter@aclu.org  
      bbuskey@aclu.org

*Appearing by special appearance in accordance with Local Rule 83.1(d).*  
**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I certify that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared in this case.

/s/ Leah J. Kang
*Counsel for Plaintiffs*

4

Case 1:19-cv-01126-TDS-LPA   Document 48   Filed 02/19/20   Page 4 of 4