IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEA ALLISON, *et al.*, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY R. ALLEN, SR., in his official capacity as Chief District Court Judge, *et al.*,<br><br>Defendants. | Case No. 19-cv-1126<br><br>(Class Action) |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY

Pending before the Court is a Consent Motion filed by Plaintiffs Lea Allison, Antonio Harrell, and Katherine Guill ("Plaintiffs") for an extension of time to file their Replies to Defendant Sheriff's Responses in Opposition to their Motion for Preliminary Injunction and Motion for Class Certification.

Having considered the Motion, the Court finds that an extension of time serves the interests of efficiency and judicial economy, as it will streamline the briefing schedules for the pending Motion for Preliminary Injunction and Motion for Class Certification.

Accordingly, pursuant to Federal Rule of Civil Procedure 6(b), the Court hereby GRANTS the Motion to Extends, and ORDERS that Plaintiffs' deadline to file their Replies to Defendant Sheriff's Reponses in Opposition to their Motion for Preliminary Injunction and Motion for Class Certification is STAYED. Plaintiffs' Replies to Defendant Sheriff's Responses shall be due simultaneously with their Replies to any Responses filed

by Defendants Chief District Judge Allen, Senior Resident Superior Court Judge Lambeth, and the Magistrates ("Judicial Defendants") to the same motions.

Date: _____           _____
                                   UNITED STATES DISTRICT JUDGE