# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEA ALLISON, *et al.*, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY R. ALLEN, SR., in his official capacity as Chief District Court Judge, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-1126-NCT-LPA<br><br>(Class Action) |

## LOCAL RULE 5.5 REPORT

The parties hereby submit the following Local Rule 5.5 Report:

**[X] Conference**: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

**[__] Non-Parties**: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

1

Case 1:19-cv-01126-TDS-LPA   Document 59   Filed 06/24/21   Page 1 of 5

**[X] Default**: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

**[__] Alternative Proposal for Cases with Many Confidential Documents**: In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

**[X] Other relevant information**: The parties have also filed a Consent Protective Order for the Court's consideration with their Rule 26(f) report.

Date: June 24, 2021                                  Respectfully submitted,

| | |
|---|---|
| /s/ Katherine Hubbard | /s/ Leah J. Kang |
| Katherine Hubbard (D.C. Bar 1500503)* | Leah J. Kang (N.C. Bar 51735) |
| Eric Halperin (D.C. Bar 491199)* | Ann C. Webb (N.C. Bar 44894) |
| CIVIL RIGHTS CORPS | Irena Como (N.C. Bar 51812) |
| 1601 Connecticut Ave NW, Suite 800 | AMERICAN CIVIL LIBERTIES UNION OF NORTH |
| Washington, DC 20009 | CAROLINA LEGAL FOUNDATION |
| Tel: 202-894-6124 | P.O. Box 28004 |

2

Case 1:19-cv-01126-TDS-LPA   Document 59   Filed 06/24/21   Page 2 of 5

Fax: 202-609-8030
Email: katherine@civilrightscorps.org
eric@civilrightscorps.org

Raleigh, NC 27611
Tel: 919-834-3466
Email: lkang@acluofnc.org
awebb@acluofnc.org
icomo@acluofnc.org

/s/ Brandon Buskey
Brandon Buskey (AL Bar ASB2753-A50B)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
CRIMINAL LEGAL REFORM PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-284-7364
Email: bbuskey@aclu.org

*Appearing by special appearance in accordance with Local Rule 83.1(d).
**Attorneys for Plaintiffs**

JOSHUA H. STEIN
Attorney General

/s/ Joseph Finarelli
Joseph Finarelli
Special Deputy Attorney General
N.C. Bar No. 26712
jfinarelli@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh NC 27602-0629
Tel: 919.716.6531

**Attorney for Judicial Defendants**

/s/ William Hill
William L. Hill
N.C. Bar No. 21095
whill@frazierlawnc.com
FRAZIER, HILL & FURY, R.L.L.P.
Post Office Drawer 1559

3

Greensboro, NC 27402
Tel: 336-378-9411

***Attorney for Defendant Johnson***

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared in this case.

/s/ Leah J. Kang
*Counsel for Plaintiffs*