# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KATHERINE GUILL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **NOTICE OF INTENT TO** |
| ) | **FILE DISPOSITIVE MOTION** |
| ) | |
| BRADLEY R. ALLEN, SR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Rule 56.1(a), MDNC, Plaintiffs hereby file this notice of their intent to file a motion for summary judgment with respect to the claims alleged in their Complaint (DE 1).

Respectfully submitted this 21st day of June, 2022.

/s/ Katherine Hubbard
Katherine Hubbard (D.C. Bar 1500503)*
Jeffrey Stein (D.C. Bar 1010724)*
Carson White (Cal. Bar 323535)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Tel: 202-894-6124
Fax: 202-609-8030
Email: katherine@civilrightscorps.org
jeff@civilrightscorps.org
carson@civilrightscorps.org

/s/ Irena Como
Irena Como (N.C. Bar 51812)
Daniel K. Siegel (N.C. Bar 46397)
AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA LEGAL FOUNDATION
P.O. Box 28004
Raleigh, NC 27611
Tel: 919-834-3466
Email: icomo@acluofnc.org
dsiegel@acluofnc.org

/s/ Trisha Trigilio
Trisha Trigilio (TX Bar No. 24075179)*

1

Brandon Buskey (AL Bar ASB2753-A50B)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
CRIMINAL LEGAL REFORM PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-284-7364
Email: bbuskey@aclu.org
     trishat@aclu.org

**Appearing by special appearance in accordance with Local Rule 83.1(d).*

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on June 22, 2022, I filed the foregoing document using the Court's electronic filing system, which will effect service on all counsel of record.

This the 21st day of June, 2022.

/s/ Irena Como
Irena Como