IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-CV-1126

| | |
|---|---|
| KATHERINE GUILL, et al., )<br>)<br>Plaintiffs; )<br>)<br>v. )<br>)<br>)<br>BRADLEY R. ALLEN, SR., in his )<br>official capacity as chief district judge, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | **DEFENDANT TERRY S. JOHNSON'S NOTICE OF INTENT TO FILE DISPOSITIVE MOTION** |

**COMES NOW** Defendant Terry S. Johnson, in his official capacity as Sheriff of Alamance County, by and through the undersigned Counsel of Record, and pursuant to Local Rule 56.1, and hereby gives notice of his intent to file a Motion for Summary Judgment in the above-captioned case.

This the 22nd day of June, 2022.

/s/ William L. Hill
William L. Hill (NCSB #21095)
*Attorney for Defendant Terry Johnson*

**FRAZIER HILL & FURY, R.L.L.P.**
Post Office Drawer 1559
Greensboro, North Carolina 27402
Telephone: (336) 378-9411
Facsimile: (336) 274-7358
whill@frazierlawnc.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this **NOTICE OF INTENT TO FILE DISPOSITIVE MOTION** was duly served upon all parties hereto in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure through the CM/ECF system for the Middle District of North Carolina as follows:

X   Notice will be electronically delivered to the following parties:

| | |
|---|---|
| Ann Capps Webb<br>awebb@acluofnc.org | Brandon Buskey<br>bbuskey@aclu.org |
| Irena Como<br>icomo@acluofnc.org | Twyla Carter<br>tcarter@aclu.org |
| Daniel K. Siegel<br>dsiegel@acluofnc.org | Joseph Finarelli<br>jfinarelli@ncdoj.gov |
| Katherine Hubbard<br>Katherine@civilrightscorps.org | Trisha Trigilio<br>trishat@aclu.org |
| Jeffrey D. Stein<br>jeff@civilrightscorps.org | Carson White<br>carson@civilrightscorps.org |

X   Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to said party as follows:

Eric Halperin
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, DC 20009

This the 22nd day of June, 2022.

/s/ William L. Hill
William L. Hill (NCSB #21095)
*Attorney for Defendant Johnson*

2