IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No.19-CV-1126-NCT-LPA

KATHERINE GUILL, et al., )
 )
    Plaintiffs, )
 )
       v. )
 ) **ORDER**
 )
BRADLEY R. ALLEN, SR., et al., )
 )
    Defendants. )

Before the Court is Plaintiffs' Consent Motion for Leave to Exceed Word Limit. For good cause shown, the motion is GRANTED, and the parties may file briefs in support of their respective motions for summary judgment and response briefs containing no more than 8,750 words.

This the _____ day of _____, 2022.

_____
United States District Judge