IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KATHERINE GUILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:19CV1126 |
| ) | |
| ) | |
| BRADLEY R. ALLEN, SR., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Plaintiffs' Consent Motion for Leave to Exceed Word Limit. For good cause shown, the motion [Doc. #94] is GRANTED IN PART in that the parties may file briefs in support of their respective motions for summary judgment and response briefs containing no more than 8,000 words.

This the 28th day of June, 2022.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge