EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-CV-1126

|  |  |
|---|---|
| KATHERINE GUILL, et al., ) <br><br> Plaintiffs; ) <br><br> v. ) <br><br> BRADLEY R. ALLEN, SR., in his ) official capacity as chief district judge, ) et al., ) <br><br> Defendants. ) | **AFFIDAVIT OF STEVEN YOUNG** |

My name is Steven Young. I declare under oath that I am over eighteen (18) years of age and under no disability which would interfere with my ability to be truthful and honest.

I declare that, to the best of my knowledge and belief, the information contained herein is true, correct and complete. Under penalty of perjury, I do attest and aver to the following:

1. I am currently employed as a Major in charge of the Alamance County Detention Center. I have worked in the Alamance County Detention Center in various roles since October 10, 2005. In my current role of Major, I oversee all operations of the Alamance County Detention Center and report directly to Sheriff Johnson.

2. I do not have, nor have I ever had, any supervisory role over any magistrate or judicial official. No one at the Alamance County Detention Center has any role in setting policies for or supervising magistrates or other judicial officials.

3. Employees of the Alamance County Detention Center do not determine conditions of release for any individual.

4. In his role as keeper of the Alamance County Detention Center, Sheriff Johnson maintains an interest in his jail population. Under Sheriff Johnson's direction, the Alamance County Detention Center supports initiatives such as Alamance Steps Up which are designed to identify individuals who may need special attention, including modification of conditions of release. However, initiatives such as Alamance Steps Up do not authorize Sheriff Johnson or any member of Alamance County Detention Center staff to modify any conditions of release. All modifications must be made by an authorized judicial official.

5. Prior to the filing of this lawsuit, Sheriff Johnson had directed the Alamance County Detention Center to accept the North Carolina Administrative Office of the Courts form entitled "Conditions of Release and Release Order," also known by the number AOC-CR-200. This form was not prepared by and is not updated by the Alamance County Detention Center. It is a state form. A blank copy of this form is attached as Exhibit "A" to this Declaration.

6. After the implementation of the 2020 Bond Policy revisions to the judicial process determining conditions of release, Sheriff Johnson has directed the Alamance

2

County Detention Center to continue to comply with the new procedures adopted by judicial officials in Alamance County.

7. For the named Plaintiff to this lawsuit, a Conditions of Release and Release Order was prepared by a judicial official and submitted to the Alamance County Detention Center by a law enforcement officer. A copy of this form is attached as Exhibit "B" to this Declaration.

8. Sheriff Johnson and the Alamance County Detention Center have fully complied with the requirements of the Consent Order for Preliminary Injunction issued in this case. Additionally, Sheriff's Office personnel have worked diligently to provide the requested public records, including voluntarily writing a computer application to automate the records production process.

I have reviewed this declaration and it is true to the best of my knowledge.

I make this declaration under oath.

Further affiant saith not.

This the 22nd day of July, 2022.

Steven Young

Alamance COUNTY, NORTH CAROLINA

Sworn to and subscribed before me by Steven Young this 22nd day of July, 2022.

3

*Official Signature of Notary*

_____, Notary Public
[Print name]
My commission expires: __1/13/2027__



# EXHIBIT A

# STATE OF NORTH CAROLINA

_____ County

## STATE VERSUS

Name And Address Of Defendant

| File No. |
| --- |

**In The General Court Of Justice**
☐ District ☐ Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

\#

Amount Of Bond
$

Offenses And Additional File Numbers

☐ See Attachment

| Location Of Court | ☐ District ☐ Superior | Date | Time | ☐ AM ☐ PM |
| --- | --- | --- | --- | --- |

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

☐ The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☐ SECURED BOND in the amount shown above (**NOTE:** _Give a copy of this order to any surety who posts bond._)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by _(agency)_ _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide _(check all that apply)_ ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her _(check all that apply)_ ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation _(complete AOC-CR-272, Side One)._ ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A _(complete AOC-CR-272, Side Two)._
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-270. ☐ Other: _____.

Additional Information

| Date | Signature Of Judicial Official | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge |
| --- | --- | --- |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____.

☐ _[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]_ produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before _(enter date and time 48 hours after time of arrest)_ _____
☐ AM ☐ PM produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
| --- | --- | --- |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
| --- | --- | --- |
| Name Of Person Agreeing to Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time ☐ AM ☐ PM | Signature Of Jailer |
| --- | --- | --- |

AOC-CR-200, Rev. 12/18, © 2018 Administrative Office of the Courts

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*
AOC-CR-200, Side Two, Rev. 12/18
© 2018 Administrative Office of the Courts

# EXHIBIT B

# STATE OF NORTH CAROLINA

_____ ALAMANCE _____ County

| File No. |
|---|
| 19CR 056559 |

In The General Court Of Justice
[X] District  [ ] Superior Court Division

## STATE VERSUS

Name And Address Of Defendant

KATHERINE ROARK GUILL

112 COVINGTON D4R

CHAPEL HILL                          NC

## CONDITIONS OF RELEASE
## AND RELEASE ORDER

# 19RO1374787                 G.S. Chapter 15A, Art. 25, 26

| Amount Of Bond |
|---|
| $                    $2,500.00 |

Offenses And Additional File Numbers

19CR56559      MAG ORDR; M-ASSAULT GOVT OFFICIAL/EMPLY; M-RESISTING PUBLIC OFFICER; M-SECOND DEGREE TRESPASS

[ ] See Attachment

| Location Of Court | | Date | Time |
|---|---|---|---|
| Alamance County Courthouse; CRMA | [X] District  [ ] Superior | 12/10/2019 | 09:00 [X] AM [ ] PM |

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above
[ ] CUSTODY RELEASE  [X] SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[ ] Your release is not authorized.
[ ] The defendant is required to provide (check all that apply) [ ] fingerprints under G.S. 15A-502. [ ] a DNA sample under G.S. 15A-266.3A.
  Prior to release, the defendant shall provide his/her (check all that apply) [ ] fingerprints. [ ] DNA sample.
[ ] The defendant has been [ ] (i) charged with a felony while on probation (complete AOC-CR-272, Side One). [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: _____

Additional Information

| Date | Signature Of Judicial Official | |
|---|---|---|
| 11/11/2019 | JOHN P WATTERSON | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC<br>[ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [X] produce him/her in Court as provided above.
[ ] hold him/her [ ] as provided on the attached AOC-CR-272. [ ] for the following purpose: _____

[ ] (for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)) produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____
[ ] AM [ ] PM    produce him/her before a magistrate of this county at that time to determine conditions of pretrial release,

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| Alamance County Jail | 11/11/2019 | JOHN P WATTERSON |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing to Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | | Signature Of Jailer |
|---|---|---|---|
| 11-13-19 | 1600 | [ ] AM [ ] PM | |

AOC-CR-200, Rev. 12/18
© 2018 Administrative Office of the Courts

ORIGINAL COPY                          VRA Case

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| 11-11-2019 | 0137 | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |

NOTE TO CUSTODIAN: *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 12/18

© 2018 Administrative Office of the Courts

CLeon 1/st

# STATE OF NORTH CAROLINA

ORANGE for ALAMANCE _____ County

| File No. |
| --- |
| 19CR 056559 |

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
KATHERINE ROARK GUILL
320 HOLT RD

GRAHAM                    NC        27253

## CONDITIONS OF RELEASE
## AND RELEASE ORDER

\# 21RO991347

G.S. Chapter 15A, Art. 25, 26

| Amount Of Bond | |
| --- | --- |
| $ | $5,000.00 |

Offenses And Additional File Numbers
19CR56559      OFA;FTA RO 2ND;09/14/2021; M-ASSAULT GOVT OFFICIAL/EMPLY; M-RESISTING PUBLIC OFFICER; M-SECOND DEGREE TRESPASS

☐ See Attachment

| Location Of Court | | Date | Time | |
| --- | --- | --- | --- | --- |
| Alamance County Courthouse; CRMB | ☒ District ☐ Superior | 11/09/2021 | 09:00 | ☒ AM ☐ PM |

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates.
If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a
warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
  ☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (NOTE: *Give a copy of this order to any surety who posts bond.*)
  ☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED
  BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
  Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation
  with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the
  Order dated _____
☒ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☒ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-270. ☐ Other: _____

*Additional Information*

| Date | Signature Of Judicial Official | |
| --- | --- | --- |
| 09/22/2021 | S M LYNN | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be
released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ *[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]* produce him/her at the first session of District or Superior Court held in
this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* _____
☐ AM ☐ PM   produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
| --- | --- | --- |
| Orange County Jail | 09/22/2021 | S M LYNN |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above.
I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of
judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by
his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
| --- | --- | --- |
| | | |
| Name Of Person Agreeing to Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Jailer |
| --- | --- | --- |
| 1 Oct 2021 | 1375 ☐ AM ☐ PM | |

AOC-CR-200, Rev. 12/18
© 2018 Administrative Office of the Courts

ORIGINAL COPY

VRA Case

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| Sentenced 91 days Active | 10/12/21 | Judge Allen/new |
| ACTIVE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows: C/A (Jones) 21F12215

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| 10/12/21 | 9 | in | | A Crabbe |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| 9-23-21 | 0958 | P. freeman |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| 9/24/21 | 1030 | Vivho BARNES |
| 10.12.21 | 0930 | |

NOTE TO CUSTODIAN: *This form shall accompany the defendant to court for all appearances.*
AOC-CR-200, Side Two, Rev. 12/18
© 2018 Administrative Office of the Courts