IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KATHERINE GUILL, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.19-CV-1126 Class Action |
| BRADLEY R. ALLEN, SR., et al., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs move the Court to grant them summary judgment on all claims for the reasons stated in the accompanying brief.

Respectfully submitted, this the 1st day of August, 2022.

/s/ Katherine Hubbard
Katherine Hubbard (D.C. Bar 1500503)*
Jeffrey Stein (D.C. Bar 1010724)*
Carson White (Cal. Bar 323535)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Tel: 202-894-6124
Fax: 202-609-8030
Email: katherine@civilrightscorps.org
         jeff@civilrightscorps.org
         carson@civilrightscorps.org

Daniel K. Siegel (N.C. Bar 46397)
AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA LEGAL FOUNDATION
P.O. Box 28004
Raleigh, NC 27611
Tel: 919-834-3466
Email: dsiegel@acluofnc.org

Trisha Trigilio (TX Bar No. 24075179)*
Brandon Buskey (AL Bar ASB2753-A50B)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
CRIMINAL LEGAL REFORM PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-284-7364
Email: trishat@aclu.org
         bbuskey@aclu.org

1

*Appearing by special appearance in accordance with Local Rule 83.1(d).

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on August 1, 2022, I filed the foregoing document using the Court's electronic filing system, which will effect service on all counsel of record.

/s/ Katherine Hubbard
Katherine Hubbard

Counsel for Plaintiffs