# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:19-cv-01126-TDS-LPA

KATHERINE GUILL, *et al.*, on behalf of )
herself and others similarly situated, )
)
Plaintiffs, ) **SECOND AFFIDAVIT OF**
) **D. THOMAS LAMBETH, JR.**
v. )
)
BRADLEY R. ALLEN, SR., in his official )
capacity as Chief District Court Judge, *et al.*, )
)
Defendants. )

I, D. Thomas Lambeth, Jr. after first being sworn, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am a named defendant in the above case.

2. So long as I remain the Senior Resident Superior Court Judge in Alamance County and have statutory authority over the county's pretrial release policies and procedures, I will not reinstitute the 1995 pretrial release policy challenged by Plaintiffs in this lawsuit.

3. In addition, so long as I remain the Senior Resident Superior Court Judge in Alamance County and have statutory authority over the county's pretrial release policies and procedures, I will also retain the oral and written notices and advisements, attached as Appendix A, Appendix B, and Appendix D to the administrative order titled "In Re In-Custody First Appearances – District 15A," adopted on June 18, 2020, and implemented on July 1, 2020. (Doc. 99-1, Ex. D, pp 57-64, 67)

4. My term in office expires on December 31, 2026.

1

Further this affiant sayeth not.

This the 30 day of August, 2022.

_____
D. Thomas Lambeth, Jr.

Subscribed and sworn to before me

This the 30th day of August, 2022.

_Sharon M. Boger_
Notary Public

My commission expires: May 30, 2024

[Notary Seal: Sharon M. Boger, Notary Public, Alamance County, N.C.]