IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-cv-1126-TDS-LPA

| | |
|---|---|
| KATHERINE GUILL, *et al.,* on behalf of herself and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BRADLEY R. ALLEN, SR., in his official capacity as chief district judge, *et al.*, <br><br> Defendants. | **Notice of Withdrawal and Substitution of Counsel** |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1(e), Attorney Ann Webb respectfully requests to withdraw as counsel for Plaintiff Katherine Guill, on behalf of herself and those similarly situated in this action ("Plaintiffs"). Ms. Webb's job duties have changed, and she is no longer able to represent Plaintiffs. This withdrawal will not result in any prejudice, as counsel from the ACLU of North Carolina Legal Foundation, Daniel Siegel, North Carolina Bar No. 46397, will remain the same and ably represent Plaintiffs, along with all other attorneys of record for Plaintiffs. Therefore, Plaintiffs respectfully request the Court permit the undersigned to withdraw as counsel in this matter.

Dated: November 17, 2022

Respectfully submitted,

    /s/ Ann C. Webb
Ann C. Webb
NC State Bar: 44894
ACLU of North Carolina
Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
awebb@acluofnc.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Notice of Withdrawal and Substitution of Counsel** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.

Dated: November 17, 2022                                  Respectfully submitted,

/s/ Ann C. Webb
Ann C. Webb
