IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-cv-1126-TDS-LPA

| | |
|---|---|
| KATHERINE GUILL, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY R. ALLEN, SR., in his official capacity as chief district judge, *et al.*,<br><br>Defendants. | **[PROPOSED ORDER]** |

This matter is before this Court on a notice by Plaintiffs' counsel Ann Webb, seeking her discharge as counsel for Plaintiffs.

For the reasons set forth in the motion and for good cause shown, the Motion to Withdraw as Counsel is GRANTED, and Ann Webb is discharged as counsel for Plaintiffs effective immediately. All remaining counsel of record for Plaintiffs shall continue as counsel for Plaintiffs in this action.

SO ORDERED this \_\_\_\_\_ day of _____, 2022.

_____
Thomas D. Schroeder
Chief United States District Judge