IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KATHERINE GUILL, *et al.*,　　　)
　　　　　　　　　　　　　　　　)
　　Plaintiffs,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)　　　1:19CV1126
　　　　　　　　　　　　　　　　)　　　Class Action
BRADLEY R. ALLEN, SR., *et al.*,)
　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　)

## **ORDER**

This matter is before the court on Plaintiffs' Consent Motion to Continue Trial Date. (Doc. 130.) For good cause shown,

IT IS HEREBY ORDERED that the case will be removed from the January 9, 2023 Master Trial Calendar. The case will be set for a status conference for **March 3, 2023, at 10:00 a.m. in Winston-Salem, Courtroom #2**. All pretrial deadlines are hereby suspended until this court sets a new trial date.

　　　　　　　　　　　　　　　　　　/s/　Thomas D. Schroeder
　　　　　　　　　　　　　　　　United States District Judge

November 29, 2022