IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KATHERINE GUILL, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.19-CV-1126<br>Class Action |
| BRADLEY R. ALLEN, SR., *et al.*, | ) ) | |
| Defendants. | ) | |

**NOTICE**

On January 10, 2024, the Court ordered counsel of record to consult about their availability for a telephone conference between the dates of 01/17/2024 and 01/31/2024 and to file a notice listing the date and time ranges at which at least one counsel of record for each of the three organizations representing Plaintiffs, at least one counsel of record for Defendant Sheriff Terry Johnson, and counsel of record for all remaining Defendants could be available for a telephone conference. Counsel for all parties have conferred and are available for a telephone conference during the following dates and times:

January 17, 2024: 11 AM to 12 PM

January 18, 2024: 2-4 PM

January 19, 2024: 9-10:30 AM, 12-1 PM, or 2:30-5 PM

January 29, 2024: Any time

January 30, 2024: Any time

January 31, 2024: Any time

Respectfully submitted, this the 11th day of January, 2024.

/s/    Katherine Hubbard

| | |
|---|---|
| Katherine Hubbard (D.C. Bar 1500503)* | Daniel K. Siegel (N.C. Bar 46397) |
| Jeffrey Stein (D.C. Bar 1010724)* | AMERICAN CIVIL LIBERTIES UNION OF NORTH |
| Carson White (Cal. Bar 323535)* | CAROLINA LEGAL FOUNDATION |
| CIVIL RIGHTS CORPS | P.O. Box 28004 |
| 1601 Connecticut Ave NW, Suite 800 | Raleigh, NC 27611 |
| Washington, DC 20009 | Tel: 919-834-3466 |
| Tel: 202-894-6124 | Email: dsiegel@acluofnc.org |
| Fax: 202-609-8030 | |
| Email: katherine@civilrightscorps.org | Trisha Trigilio (TX Bar No. 24075179)* |
| jeff@civilrightscorps.org | Brandon Buskey (AL Bar ASB2753-A50B)* |
| carson@civilrightscorps.org | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | CRIMINAL LEGAL REFORM PROJECT |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | Tel: 212-284-7364 |
| | Email: trishat@aclu.org |
| | bbuskey@aclu.org |

*Appearing by special appearance in accordance with Local Rule 83.1(d).*

***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of electronic filing to all counsel of record who have appeared in this case.

/s/ Katherine Hubbard
Counsel for Plaintiffs